**Opinion filed March 25, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-09-00063-CR

_____

## MARK EMMONS MCLAUGHLAN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 13695**

## MEMORANDUM OPINION

Counsel for Mark Emmons McLaughlan has filed in this court a motion to permanently abate appeal. Attached to the motion is the autopsy report. The motion is granted, and the appeal is permanently abated. TEX. R. APP. P. 7.1(a)(2).

March 25, 2010                                     PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.